920

No. 420. TURNER, ADMINISTRATRIX, ET AL. *v.* TID-MORE CONSTRUCTION Co. C. A. 5th Cir. Certiorari denied. *William E. Chandler, Jr.* for petitioners. 

No. 411. TWEEDY, ADMINISTRATRIX, *v.* ESSO STANDARD OIL Co. C. A. 2d Cir. Certiorari denied. *Maurice A. Krisel* for petitioner. *Walter X. Connor* for respondent.

No. 412. INCISO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *George F. Callaghan* and *Melvin F. Wingersky* for petitioner. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg and *Kirby W. Patterson* for the United States. 

No. 413. CARLYON *v.* CALIFORNIA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied. *Robert William Stanley* for petitioner.

No. 415. EKBERG ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Hubbard Fremont Fellows* for petitioners. Solicitor General Cox, Acting Assistant Attorney General Jones, Melva M. Graney and Kenneth *E. Levin* for the United States. 

No. 416. AMERICAN NEWS CO. ET AL. *v.* KING-SIZE PUBLICATIONS, INC. C. A. 3d Cir. Certiorari denied. *Cornelius E. Gallagher* and *Eugene Frederick Roth* for petitioners. *Thurman Arnold, Lewis M. Dabney, Jr.* and *Jay E. Bailey* for respondent. Reported below: — F. 2d —.